PLAINTIFF

    V.

DEFENDANT

                                            CIVIL ACTION NO.

                    DOCUMENT FILED IN HARD COPY IN THE CLERK'S OFFICE